## STATE OF CONNECTICUT v. CLAUDIO C.

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 588 (AC 30364), is denied.

*Frank P. Cannatelli*, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided February 10, 2011

## WATERVIEW SITE SERVICES, INC. v. PAY DAY, INC.

The defendant's petition for certification for appeal from the Appellate Court, 125 Conn. App. 561 (AC 30982), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Richard J. Buturla*, in support of the petition.

*Todd H. Lampert*, in opposition.

Decided February 10, 2011

## DANIEL SANTIAGO v. COMMISSIONER OF CORRECTION

The petitioner Daniel Santiago's petition for certification for appeal from the Appellate Court, 125 Conn. App. 641 (AC 31001), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Alan Jay Black*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.

Decided February 10, 2011